IN THE

UNITED STATES DISRTRICT COURT

FOR

THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

ANDREW KEARNEY, )
Plaintiff, ) 01C 3398
) No.
v. ) Judge JUDGE HIBBLER
MICHAEL KEARNEY, )
Defendants. ) JURY DEMANDED
) MAGISTRATE JUDGE BOBRICK

## COMPLAINT FOR BREACH OF FIDUCIARY DUTY

NOW COMES the Plaintiff, Andrew Kearney ("ANDREW"), by and through his attorney, Steven A. Miner, and for his Complaint for Breach of Fiduciary Duty against the Defendant, Michael Kearney, ("MICHAEL"), states as follows:

### PARTIES

1. MICHAEL is an Illinois resident who presently resides in Northbrook, Illinois. At the time of the alleged misuse of funds, MICHAEL was residing in the State of New York.

2. ANDREW is the Plaintiff in the underlying action against MICHAEL. ANDREW is a resident of the State of Arizona, an adult who is over the age of twenty-one (21).

3. ANDREW and MICHAEL, while estranged, are father and son.

### JURISDICTION

4. Jurisdiction is proper under 18 U.S.C. section 1961 et seq. and there is diversity jurisdiction pursuant to 28 U.S.C. section 1335 with a claim in excess of fifty thousand dollars ($50,000.00) and ANDREW residing in Arizona and MICHAEL residing in Illinois.

## VENUE

5. Venue is proper in the Northern District of Illinois as MICHAEL resides in the Northern District of Illinois. 18 U.S.C. section 1965.

## FACTS

6. MICHAEL was holding funds on behalf of ANDREW pursuant to the Uniform Gifts to Minor Acts. Said funds were held at various financial institutions.

7. Upon ANDREW's attainment of his twenty-first (21st) birthday, MICHAEL refused to relinquish said funds to ANDREW.

8. Instead of relinquishing said funds to ANDREW, MICHAEL engaged in a pattern of activity whereby MICHAEL formed an enterprise with the brokerage firm, within the meaning of the statute for the purpose of investing said funds. MICHAEL then exerted dominion and control over said enterprise for the purpose of investing said funds, allegedly for the benefit of ANDREW when in fact the funds inured to the benefit of MICHAEL. ANDREW had no knowledge that MICHAEL had misused said funds.

9. Then on more than two occasions, MICHAEL committed mail and wire fraud by withdrawing said funds that were established under the Uniform Gifts to Minor's Act for the benefit of ANDREW and using said funds for his own benefit.

10. As an example, MICHAEL established an account at the Republic National Bank of New York, account no. 9701787559. MICHAEL wrote a check from said account, no. 105 to pay MICHAEL's credit card bill in the amount of $1,204.44 in December of 1997. MICHAEL then wrote checks to pay his personal bills in the amounts of $3,424.89 and $3,341.85 in February of 1998. On information and belief the account had more than fifteen thousand dollars ($15,000.00) in it and MICHAEL has completely misused said funds. Copies of some of the statements and checks are attached hereto and made a part hereof.

11. MICHAEL has admitted under oath in an ancillary proceeding that he misused said funds and demand was made to pay said funds back. MICHAEL was directed to send a check

for said funds to ANDREW in care of his uncle, who is an attorney in St. Louis, and who would represent him in this matter. MICHAEL refused and attempted to use this opportunity to obtain information as to ANDREW's whereabouts, even though ANDREW did not want the information of his residence revealed to MICHAEL. MICHAEL then stated that if provided with ANDREW's home residence address, he would send the funds directly to ANDREW. MICHAEL was provided with said address several months ago but persists in refusing to remit said funds which MICHAEL has admittedly misappropriated.

12. MICHAEL has breached his fiduciary duty and has been negligent.

13. On information and belief, MICHAEL has not reported the misappropriated funds for Federal and Illinois State income tax purposes.

14. On information and belief, MICHAEL has misappropriated Uniform Gift to Minor Act funds of another child who is estranged, i.e. inquiries have been made as to the whereabouts but MICHAEL refuses to divulge information regarding those funds.

15. Given the nature of the violation, ANDREW is entitled to treble damages and the recovery of his attorney's fees and costs.

## Count I . Negligence

16. MICHAEL had a duty as custodian of said account to act as a prudent custodian.

17. MICHAEL breached that duty to ANDREW.

18. As a result of MICHAEL's intentional breach of duty, ANDREW has suffered monetary injury with is the actual and proximate cause of MICHAEL's actions.

19. ANDREW has been damaged in an amount in excess of fifty thousand dollars ($50,000.00).

20. The actions of MICHAEL were intentional.

WHEREFORE the Plaintiff, Andrew Kearney, prays for the entry of a Judgment against the Defendant, Michael Kearney, as follows:

A. For a Judgment in excess of fifty thousand dollars ($50,000.00).

-3-

B. For attorney's fees and costs.

C. For punitive damages.

D. For such other and further relief as this Court deems just and equitable.

### Count II. Breach of Fiduciary Duty

1-20. ANDREW adopts and realleges paragraphs one through twenty of Count I as paragraphs one through twenty of this Count II as though fully set forth herein.

21. MICHAEL had a fiduciary relationship with ANDREW as the custodian of the account.

22. MICHAEL breached that duty to ANDREW which has resulted in a financial loss to ANDREW.

WHEREFORE the Plaintiff, Andrew Kearney, prays for the entry of a Judgment against the Defendant, Michael Kearney, as follows:

A. For a Judgment in favor of Andrew Kearney and against Michael Kearney in excess of fifty thousand dollars ($50,000.00).

B. For attorney's fees and costs.

C. For punitive damages.

D. For such other and further relief as this Court deems just and equitable.

### Count III. Conversion

1-22. ANDREW adopts and realleges paragraphs one through twenty-two of Count II as paragraphs one through twenty-two of this Count III as though fully set forth herein.

23. MICHAEL exerted dominion and control over the funds of ANDREW after such time as the funds were to be turned over to ANDREW.

24. MICHAEL intented to exert dominion and control over said funds and used said funds for the payment of MICHAEL's personal finances, knowing that the funds did not belong to him.

25. MICHAEL wrongfully acquired said funds.

26. As a result of MICHAEL's conversion of said funds, ANDREW has been deprived of the use of said funds.

WHEREFORE the Plaintiff, Andrew Kearney, prays for the entry of a Judgment against the Defendant, Michael Kearney, as follows:

A. For a Judgment in favor of Andrew Kearney and against Michael Kearney in an amount in excess of fifty thousand dollars ($50,000.00).

B. For attorney's fees and costs.

C. For punitive damages.

D. For such other and further relief as this Court deems just and equitable.

## Count IV . R.I.C.O.

1-26. ANDREW adopts and realleges paragraphs one through twenty-six of Count III as paragraphs one through twenty-six of this Count IV as though fully set forth herein.

WHEREFORE the Plaintiff, Andrew Kearney, prays for the entry of a Judgment against the Defendant, Michael Kearney, as follows:

A. For a Judgment in favor of Andrew Kearney and against Michael Kearney for all sums misappropriated by Michael Kearney which were to be given to Andrew Kearney.

B. That the damages against Michael Kearney and in favor of Andrew Kearney be trebled.

C. For attorney's fees and costs incurred.

D. For such other and further relief as this Court deems just and equitable.

## Count V. Punitive Damages

1-26. ANDREW adopts and realleges paragraphs one through twenty-six of Count IV as paragraphs one through twenty-six of this Court V as though fully set forth herein.

27. MICHAEL intentionally violated the terms of his fiduciary obligation to ANDREW.

28. MICHAEL has refused to pay back the sums and has forced ANDREW to seek redress through the legal system.

WHEREFORE the Plaintiff, Andrew Kearney, prays for the entry of a Judgment against the Defendant, Michael Kearney, as follows:

A. For a Judgment of punitive damages in favor of Andrew Kearney and against Michael Kearney.

B. For attorney's fees and costs.

C. For such other and further relief as this Court deems just and equitable.


Andrew Kearney

by _____
Attorney for Plaintiff


Steven A. Miner
28 Rolling Hills Drive
Barrington Hills, Ill. 60010
847 551-3135

# REPUBLIC NATIONAL BANK OF NEW YORK
Member F.D.I.C.
DIRECT INQUIRIES TO:

415 MADISON AVENUE
NEW YORK NY 10017-1161

* ZERO PACKING COUNT *
C

0-09                                                              R033

ANDREW KEARNEY / CHILD                      STATEMENT DATE: 07/09/97
MICHAEL KEARNEY / CUSTODIAN                 ACCOUNT NUMBER: 9701787559
2515 PEACHTREE LANE                         PAGE NUMBER:    1

NORTHBROOK IL 60062

DURING JULY OR AUGUST YOUR STATEMENT MAY COVER A
SIGNIFICANTLY SHORTER PERIOD THAN USUAL. THIS IS A ONE TIME
OCCURRENCE WHILE WE ADJUST YOUR STATEMENT DATES.

| SERVICES SUMMARY | SERVICE | ACCOUNT NO. | BALANCE |
|---|---|---|---|
| | PERSONAL IMMA | 9701787559 | 10,163.19 |

| SUMMARY | | | |
|---|---|---|---|
| | PREVIOUS BALANCE AS OF 06-09-97 | | 10,138.16 |
| | 1 DEPOSITS AND OTHER CREDITS FOR | | 25.03 |
| | 0 CHECKS AND OTHER DEBITS FOR | | 0.00 |
| | CLOSING BALANCE AS OF 07-09-97 | | 10,163.19 |

| DEPOSITS/ CREDITS | DESCRIPTION | DATE | AMOUNT |
|---|---|---|---|
| | INTEREST PAID | 07-09 | 25.03 |

| DAILY BALANCES | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|
| | 07-09 | 10,163.19 | | | | |

| ANNUAL INTEREST RATE(S) IN EFFECT | DATE | RATE | DATE | RATE | DATE | RATE |
|---|---|---|---|---|---|---|
| | 06-09 | 3.000 % | | | | |

ANNUAL INTEREST RATE REMAINS IN EFFECT UNTIL RATE CHANGE IS INDICATED.

| ADDITIONAL INFORMATION | ANNUAL PERCENTAGE YIELD EARNED FOR THIS PERIOD WAS: | 3.05 |
|---|---|---|
| | YOUR YEAR-TO-DATE INTEREST PAID IS | $146.87 |

YOUR AVERAGE DAILY AVAILABLE BALANCE FOR THE CYCLE PERIOD WAS $10,138.83

415 MADISON AVENUE
NEW YORK NY 10017-1161

1-05

ANDREW KEARNEY / CHILD
MICHAEL KEARNEY / CUSTODIAN
2515 PEACHTREE LANE
NORTHBROOK IL 60062

R033

STATEMENT DATE: 01/08/98
ACCOUNT NUMBER: 9701787559
PAGE NUMBER: 1

*********************************************************
BANK WITH YOUR COMPUTER-SIGN UP FOR PC TOUCH BANKING TODAY!
CALL 1-800-REPUBLIC, STOP BY ANY REPUBLIC BRANCH OR CHECK
OUT OUR WEB SITE AT WWW.RNB.COM/PC
*********************************************************

| SERVICES SUMMARY | SERVICE | | | | ACCOUNT NO. | BALANCE |
|---|---|---|---|---|---|---|
| | PERSONAL IMMA | | | | 9701787559 | 6,751.98 |

*********************************************************

SUMMARY
PREVIOUS BALANCE AS OF 12-05-97                        7,934.61
1 DEPOSITS AND OTHER CREDITS FOR                          21.81
1 CHECKS AND OTHER DEBITS FOR                          1,204.44
CLOSING BALANCE AS OF 01-08-98                         6,751.98

| DEPOSITS/ CREDITS | DESCRIPTION | | | DATE | | AMOUNT |
|---|---|---|---|---|---|---|
| | INTEREST PAID | | | 01-08 | | 21.81 |

| CHECKS/ DEBITS/ CHARGES | CHECK NUMBER | DATE | AMOUNT | CHECK NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 105 | 01-05 | 1,204.44 | | | |

| DAILY BALANCES | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|
| | 01-05 | 6,730.17 | 01-08 | 6,751.98 | | |

| ANNUAL INTEREST RATE(S) IN EFFECT | DATE | RATE | DATE | RATE | DATE | RATE |
|---|---|---|---|---|---|---|
| | 12-05 | 3.000 % | | | | |

ANNUAL INTEREST RATE REMAINS IN EFFECT UNTIL RATE CHANGE IS INDICATED.

ADDITIONAL INFORMATION
ANNUAL PERCENTAGE YIELD EARNED FOR THIS PERIOD WAS:                   3.05%
YOUR YEAR-TO-DATE INTEREST PAID IS                                   $21.81
YOUR AVERAGE DAILY AVAILABLE BALANCE FOR THE CYCLE PERIOD WAS:    $7,792.97
INTEREST EARNED FOR 1997 WAS:                                       $270.35

415 MADISON AVENUE
NEW YORK NY 10017-1161

1-05
A C
ANDREW KEARNEY / CHILD
MICHAEL KEARNEY / CUSTODIAN
2515 PEACHTREE LANE
NORTHBROOK IL 60062

R033

STATEMENT DATE: 02/06/98
ACCOUNT NUMBER: 9701787559
PAGE NUMBER: 1

BANK WITH YOUR COMPUTER-SIGN UP FOR PC TOUCH BANKING TODAY!
CALL 1-800-REPUBLIC, STOP BY ANY REPUBLIC BRANCH OR CHECK
OUT OUR WEB SITE AT WWW.RNB.COM/PC

| SERVICES SUMMARY | SERVICE | | | | ACCOUNT NO. | BALANCE |
|---|---|---|---|---|---|---|
| | PERSONAL IMMA | | | | 9701787559 | 3,424.87 |

SUMMARY
PREVIOUS BALANCE AS OF 01-08-98          6,751.98
1 DEPOSITS AND OTHER CREDITS FOR           14.74
1 CHECKS AND OTHER DEBITS FOR           3,341.85
CLOSING BALANCE AS OF 02-06-98          3,424.87

| DEPOSITS/ CREDITS | DESCRIPTION | | | DATE | AMOUNT |
|---|---|---|---|---|---|
| | INTEREST PAID | | | 02-06 | 14.74 |

| CHECKS/ DEBITS/ CHARGES | CHECK NUMBER | DATE | AMOUNT | CHECK NUMBER | DATE | AMOUNT |
|---|---|---|---|---|---|---|
| | 106 | 02-02 | 3,341.85 | | | |

| DAILY BALANCES | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|
| | 02-02 | 3,410.13 | 02-06 | 3,424.87 | | |

| ANNUAL INTEREST RATE(S) IN EFFECT | DATE | RATE | DATE | RATE | DATE | RATE |
|---|---|---|---|---|---|---|
| | 01-08 | 3.000 % | | | | |

ANNUAL INTEREST RATE REMAINS IN EFFECT UNTIL RATE CHANGE IS INDICATED.

ADDITIONAL INFORMATION
ANNUAL PERCENTAGE YIELD EARNED FOR THIS PERIOD WAS:   3.05%
YOUR YEAR-TO-DATE INTEREST PAID IS                   $36.55
YOUR AVERAGE DAILY AVAILABLE BALANCE FOR THE CYCLE PERIOD WAS: $6,175.44
INTEREST EARNED FOR 1997 WAS: $270.35

TOTAL P.

```
415 MADISON AVENUE
NEW YORK NY 10017-1161

                                              R033    STATEMENT DATE: 03/06/98
1-05                                                  ACCOUNT NUMBER: 9701787559
   A C                                                PAGE NUMBER:    1
   ANDREW KEARNEY / CHILD
   MICHAEL KEARNEY / CUSTODIAN
   2515 PEACHTREE LANE
   NORTHBROOK IL 60062

        BANK WITH YOUR COMPUTER-SIGN UP FOR PC TOUCH BANKING TODAY!
        CALL 1-800-REPUBLIC, STOP BY ANY REPUBLIC BRANCH OR CHECK
        OUT OUR WEB SITE AT WWW.RNB.COM/PC
***************************************************************************
SERVICES    SERVICE                                            ACCOUNT NO.
SUMMARY     PERSONAL IMMA                                      9701787559
***************************************************************************
SUMMARY                                                                    BALANCE
            PREVIOUS BALANCE AS OF  02-06-98                               0.00
            0 DEPOSITS AND OTHER CREDITS FOR                               0.00
            1 CHECKS AND OTHER DEBITS FOR                                  3,424.87
            CLOSING BALANCE AS OF   03-06-98                               0.00
---------------------------------------------------------------------------
CHECKS/     CHECK                       CHECK                       CHECK
DEBITS/     NUMBER DATE   AMOUNT        NUMBER DATE   AMOUNT        NUMBER DATE   AMOUNT
CHARGES     107    03-02  3,424.87
---------------------------------------------------------------------------
DAILY       DATE          BALANCE       DATE          BALANCE       DATE          BALANCE
BALANCES    02-27         3,424.87      03-02         0.00
---------------------------------------------------------------------------
ANNUAL      DATE    RATE                DATE    RATE                DATE    RATE
INTEREST    02-06   3.000 %             02-27   2.750 %
RATE(S) IN EFFECT
---------------------------------------------------------------------------
ANNUAL INTEREST RATE REMAINS IN EFFECT UNTIL RATE CHANGE IS INDICATED.
ADDITIONAL    ANNUAL PERCENTAGE YIELD EARNED FOR THIS PERIOD WAS:   0.00%
INFORMATION   YOUR YEAR-TO-DATE INTEREST PAID IS                    $36.55
---------------------------------------------------------------------------
YOUR AVERAGE DAILY AVAILABLE BALANCE FOR THE CYCLE PERIOD WAS  $2,812.57
INTEREST EARNED FOR 1997 WAS:          $270.35
```

TOTAL P.

```
FOR  9678 066 627 075                    [signature]
:021004823:  340029552⌷"     1066 ⸱00000250000⸱
```

---

MICHAEL J. KEARNEY AS CUSTODIAN FOR  105
ANDREW KEARNEY
187 Weaver Street
Greenwich, CT 06830                     Dec. 27, 1997

Pay to the Order of  First Card                    $ 1,204.44

One Thousand two hundred four 44/100            Dollars

REPUBLIC NATIONAL BANK OF NEW YORK
452 MADISON AVENUE
NEW YORK, NY 10017
BRANCH 33

For _____                  [signature] M. Kearney

:021004823:  97067875599⸱"  0105  ⸱000012044⸱

---

FRANK CUSUMANO                                   107
7000 BAY PKWY
BROOKLYN, NY 11204
                                    Date 12/30/97

Pay to  First Card                              $ 75.00



**Check 107**
MICHAEL J. KEARNEY AS CUSTODIAN FOR
ANDREW KEARNEY
187 Weaver Street
Greenwich, CT 06830
Feb. 24, 1998
Pay to the Order of: First Card
$ 3,424.52
Three thousand four hundred twenty-four and .../100 Dollars
REPUBLIC NATIONAL BANK OF NEW YORK

:021004823: 97017875599 0107 000031458

**Check 1118**
SHARON R. AMATO
Date: Feb 25, 98
Pay to: First Card
$ 350.00



2/28/98

# CIVIL COVER SHEET

JS 44 (Rev. 12/96)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**DOCKETED MAY 1 0 2001**

## I. (a) PLAINTIFFS
Andrew Kearney

**DEFENDANTS**
Michael Kearney

JUDGE HIBBLER
MAGISTRATE JUDGE BOBRICK

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: Tempe, Arizona
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: Northbrook, Cook County, Ill.
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Steven A. Miner
28 Rolling Hills Drive
Barrington Hills, Ill. 60010
847 551-3135

**01C 3398**

ATTORNEYS (IF KNOWN)

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (For Diversity Cases Only)
(PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS — PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

**TORTS — PERSONAL INJURY**
- ☐ 362 Personal Injury – Med. Malpractice
- ☐ 365 Personal Injury – Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☒ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence
- HABEAS CORPUS:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS – Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions

## VI. CAUSE OF ACTION
(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

18 U.S.C. 1961 et seq. and 28 U.S.C. 1335

## VII. REQUESTED IN COMPLAINT
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $ 50,000.00
JURY DEMAND: ☒ YES ☐ NO

## VIII. This case
☒ is not a refiling of a previously dismissed action.
☐ is a refiling of case number _____, previously dismissed by Judge _____

DATE: 9may01

SIGNATURE OF ATTORNEY OF RECORD: [signature]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Andrew Kearney v. Michael Kearney

JUDGE HIBBLER
MAGISTRATE JUDGE BOBRICK
Case Number: 01C 3398

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

DOCKETED
MAY 10 2001

| (A) | (B) |
|---|---|
| SIGNATURE: [signed] | SIGNATURE: |
| NAME: Steven A. Miner | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: 28 Rolling Hills Drive | STREET ADDRESS: |
| CITY/STATE/ZIP: Barrington Hills, Ill. 60010 | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: 847 551-3135 | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR? YES [X] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [X] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE NUMBER: | TELEPHONE NUMBER: |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE): |
| MEMBER OF TRIAL BAR? YES [ ] NO [ ] | MEMBER OF TRIAL BAR? YES [ ] NO [ ] |
| TRIAL ATTORNEY? YES [ ] NO [ ] | TRIAL ATTORNEY? YES [ ] NO [ ] |
| DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] | DESIGNATED AS LOCAL COUNSEL? YES [ ] NO [ ] |